Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAJANEE SMITH,** | Case No. 3:10-cv-05900-EDL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **CHECK AND CREDIT REPORTING, INC.,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Notice of Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 25th day of March, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

1  Filed electronically on this 25th day of March, 2011, with:

2  United States District Court CM/ECF system

3

4  Notification sent electronically via the Court's ECF system to:

5  Honorable Elizabeth D. Laporte
United States District Court
6  Northern District of California

7

8  Check & Credit Reporting, Inc.
d/b/a CCR & Associates
9  Attn: Catherine McPherson
3806 Union Road, Suite 155
10 Cheektowaga, NY 14255

11
This 25th day of March, 2011.
12

13 s/Todd M. Friedman
Todd M. Friedman
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28