UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAJANEE SMITH,

       Plaintiff(s),                 No. C 10-5900   EDL

  v.                                   CLERK'S NOTICE

CHECK AND CREDIT REPORTING, INC.,

       Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for April 5, 2011 shall be CONTINUED to June 14, 2011 at 3:00 PM before Judge Laporte. A joint case management conference statement shall be filed one week prior to the conference. Please report to Courtroom E, 15th Floor, San Francisco, California.

Plaintiff shall serve this notice, and file proof of service with the court, on any party not appearing on the court's electronic mail notification.

Dated: March 25, 2011

FOR THE COURT,
Richard W. Wieking, Clerk

by: *Cora Klein*
     Cora Klein
     Courtroom Deputy