Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAJANEE SMITH,** | ) Case No. 3:10-cv-05900-EDL |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| **CHECK & CREDIT REPORTING, INC.** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of

Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with

prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a

motion for summary judgment. Accordingly, this matter may be dismissed with

prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 13th day of April, 2011.

By:   s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 13th day of April, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 13th day of April, 2011, via the ECF system to:

Honorable Elizabeth D. Laporte
Judge of the United States District Court
Northern District of California

Copy sent via mail on this 13th day of April, 2011, to:

Check & Credit Reporting, Inc.
d/b/a CCR & Associates
Attn: Catherine McPherson
3806 Union Road, Suite 155
Cheektowaga, NY 14255


By: s/Todd M. Friedman
        Todd M. Friedman